# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Niemeyer, Paul V. | 2. Court or Organization  Court of Appeals - Fourth Circuit | 3. Date of Report  05/08/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Active Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination ☐ Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

910 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner with L. A. Noonberg | Ownership of vacation home for personal use |
| 2. | Visiting Instructor - Fall Semester | Duke University Law School, Durham, North Carolina |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | See Part VIII (1-2) |
| 2. | | |
| 3. | | |
| 4. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/08/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Entire Yr. | LexisNexis Matthew Bender, Albany, New York | $5,805.58 |
| 2. Fall | Duke University, Durham, North Carolina | $4,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Northwestern Univ. Law School | 3/8-3/9 | Chicago, Illinois | Moot Court | Transportation, food, and lodging |
| 2. | Duke University Law School | 11/18-11/19 | Durham, North Carolina | Teaching | Some food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/08/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | T. Rowe Price Prime Reserve (money market account) | A | Interest | J | T | | | | | See Part VIII (3) |
| 2. | Ray Road Assoc. Ltd. Partnership | E | Dividend | | | Sold | 05/18/13 | K | F | See Part VIII (4, 5) |
| 3. | P&M Investors Partnership | C | Dividend | J | W | | | | | See Part VIII (5) |
| 4. | T. Rowe Price Spectrum Growth | D | Dividend | M | T | | | | | |
| 5. | Timken Co. stock | A | Dividend | J | T | | | | | |
| 6. | Northwestern Mutual policy '877 | C | Dividend | L | T | | | | | |
| 7. | Northwestern Mutual policy '939 | C | Dividend | K | T | | | | | |
| 8. | Mass. Mutual whole life policy | B | Dividend | K | T | | | | | |
| 9. | T. Rowe Price Capital Apprec. | E | Dividend | M | T | | | | | |
| 10. | Vanguard Wellesley | B | Dividend | L | T | | | | | |
| 11. | Vanguard Wellington | C | Dividend | M | T | | | | | |
| 12. | Vanguard Total Stock Index | B | Dividend | M | T | | | | | |
| 13. | Vanguard Growth and Income | B | Dividend | M | T | | | | | |
| 14. | Vanguard Mid-Cap Index | A | Dividend | L | T | | | | | |
| 15. | T. Rowe Price Latin America | A | Dividend | | | Sold | 02/15/13 | K | B | |
| 16. | T. Rowe Price Media & Tel. | C | Dividend | K | T | | | | | |
| 17. | T. Rowe Price New Horizons | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/08/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Real Estate | B | Dividend | L | T | | | | | |
| 19. T. Rowe Price New Asia | A | Dividend | K | T | | | | | |
| 20. Vanguard REIT Index | A | Dividend | J | T | Sold (part) | 10/16/13 | J | | |
| 21. Apple, Inc. stock | A | Dividend | J | T | | | | | |
| 22. KKR Financial Holdings | A | Dividend | | | Sold | 08/19/13 | J | A | |
| 23. Kinder Morgan Management | A | Dividend | | | Sold | 08/19/13 | J | A | |
| 24. Southern Co. | A | Dividend | | | Sold | 08/19/13 | J | | |
| 25. M&T Bank Account (Y) | | | | | | | | | |
| 26. T. Rowe Price Global Allocat. (X) | A | Dividend | J | T | Buy | 06/15/13 | J | | |
| 27. T. Rowe Price Health Sciences (X) | A | Dividend | J | T | Buy | 05/25/13 | J | | |
| 28. Medivation, Inc. stock (X) | | None | J | T | Buy | 04/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part II. 1984, now with LexisNexis Matthew Bender, Albany, New York -- Royalty agreement with co-author Linda M. Schuett and with Joyce Smithey on sale of book.

2. Part II. Duke University, Durham, North Carolina -- Paid to teach appellate advocacy course in the fall semester.

3. This account is used as my bank account for proceeds of investment sales and purchases.

4. My deficit capital position resulted in recapture and imputed income of this amount.

5. Part VII, Nos. 2 and 3 -- These tax shelters, involving multiple properties, are believed to have economic value, but I have a negative capital position in them, and their value cannot be known until the properties are sold.

| Name of Person Reporting | Date of Report |
|---|---|
| Niemeyer, Paul V. | 05/08/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul V. Niemeyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544